

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00101-CV

## IN THE INTEREST OF S.L.L., A CHILD,

### From the County Court at Law
### Ellis County, Texas
### Trial Court No. 82974CCL

## MEMORANDUM  OPINION

Appellants have filed a "motion to dismiss appeal."  *See* TEX. R. APP. P. 42.1(a)(1).

It states that Appellants no longer desire to pursue this appeal.

Dismissal of this appeal would not prevent a party from seeking relief to which it

would otherwise be entitled.  The motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed May 2, 2012
[CV06]